```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 01316
  TOMMY J FAHERTY
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
        Debtor
  SSN XXX-XX-5990

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/15/2006 and was confirmed 11/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC  SECURED VEHIC   15082.87          748.24        15082.87
GENERAL MOTORS ACCEPTANC  UNSEC W/INTER  NOT FILED             .00             .00
COOK COUNTY TREASURER     SECURED              .00             .00             .00
HOUSEHOLD FINANCE         CURRENT MORTG        .00             .00             .00
HOUSEHOLD FINANCE         MORTGAGE ARRE   2000.00             .00         2000.00
STATE BANK OF COUNTRYSID  CURRENT MORTG        .00             .00             .00
STATE BANK OF COUNTRYSID  MORTGAGE ARRE  13684.68             .00        13684.68
BURKE & WHITE PC          NOTICE ONLY    NOT FILED            .00             .00
LITTON LOAN SERVICING     CURRENT MORTG        .00             .00             .00
LITTON LOAN SERVICING     MORTGAGE ARRE  22016.08             .00        22016.08
APPLIED CARD BANK         UNSEC W/INTER  NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSEC W/INTER   2202.81          231.30         2202.81
CHASE                     UNSEC W/INTER  NOT FILED            .00             .00
B-LINE LLC                UNSEC W/INTER   4421.19          490.01         4421.19
KCA FINANCIAL SERVICES    UNSEC W/INTER  NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSEC W/INTER   1362.42          143.08         1362.42
RESURGENT CAPITAL SERVIC  UNSEC W/INTER   1424.50          149.58         1424.50
PIERCE & ASSOC            NOTICE ONLY    NOT FILED            .00             .00
DANIEL J WINTER           DEBTOR ATTY     1,579.00                       1,579.00
TOM VAUGHN                TRUSTEE                                        4,512.00
DEBTOR REFUND             REFUND                                         2,083.39

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            72,131.15

PRIORITY                                         .00
SECURED                                    52,783.63
   INTEREST                                   748.24
UNSECURED                                   9,410.92

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 01316 TOMMY J FAHERTY
```

```
    INTEREST                                              1,013.97
ADMINISTRATIVE                                            1,579.00
TRUSTEE COMPENSATION                                      4,512.00
DEBTOR REFUND                                             2,083.39
                                 ---------------    ---------------
TOTALS                                 72,131.15          72,131.15
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE